# ESTATE CASH RECEIPTS AND DISBURSEMENTS

See attached

EXHIBIT C

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-08021 -SQU | | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|
| Case Name: | PORTILLO, MICHAEL RICHARD | | Bank Name: | BANK OF AMERICA |
| | PORTILLO, GINA ANN | | Account Number / CD #: | *******0468 Interest earning MMA Account |
| Taxpayer ID No: | *******5972 | | | |
| For Period Ending: | 03/02/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 10/26/05 | * NOTE * | Michael and Gina Portillo | Purchase of non-exempt personalty * NOTE * Properties 3, 4, 5, 7, 14 | 1129-000 | 15,000.00 | | 15,000.00 |
| C 10/31/05 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.23 | | 15,000.23 |
| C 11/30/05 | INT | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 7.40 | | 15,007.63 |
| C 12/30/05 | INT | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 7.64 | | 15,015.27 |
| C 01/31/06 | INT | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 7.66 | | 15,022.93 |
| C 02/28/06 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.70 | | 15,033.63 |
| C 03/31/06 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.77 | | 15,046.40 |
| C 04/28/06 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.36 | | 15,058.76 |
| C 05/31/06 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.79 | | 15,071.55 |
| C 06/30/06 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.39 | | 15,083.94 |
| C 07/31/06 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.81 | | 15,096.75 |
| C 08/31/06 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.82 | | 15,109.57 |
| C 09/29/06 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.41 | | 15,121.98 |
| C 10/31/06 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.85 | | 15,134.83 |
| C 11/30/06 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.44 | | 15,147.27 |
| C 12/29/06 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.85 | | 15,160.12 |
| C 01/31/07 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.89 | | 15,173.01 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| *******0468 | 1 | Deposits | 15,000.00 | 0 Checks | | 0.00 |
| | 16 | Interest Postings | 173.01 | 0 Adjustments Out | | 0.00 |
| | | | | 0 Transfers Out | | 0.00 |
| | | Subtotal | $ 15,173.01 | | | |
| | | | | Total | $ | 0.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 15,173.01 | | | |

PFORM2T4

Ver: 11.80