IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| MICHAEL RICHARD PORTILLO | ) | CASE NO. 05-08021 |
| GINA ANN PORTILLO | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

APPLICATION OF TRUSTEE'S ATTORNEY FOR AWARD
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:  THE HONORABLE JOHN SQUIRES
     U.S. BANKRUPTCY JUDGE

DAVID R. BROWN and SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC., duly approved and employed attorneys for the Trustee herein, hereby submit their application for award of compensation and reimbursement of expenses pursuant to Section 330 of the United States Bankruptcy Code, and in support thereof, would respectfully show the Court as follows:

1. This Court has previously entered an Order approving employment of your Applicant as attorneys for the Trustee.

2. Prior to the date of this Application, Applicant provided certain actual and necessary legal services to the Trustee and to the estate, the general nature of which is hereinafter described, and the details of which are set forth in the itemization attached hereto and made a part hereof.

3. The general nature of the legal services provided herein by Applicant is as follows:

**ASSET ANALYSIS AND RECOVERY:** Identification and review of potential assets, including causes of action and non-litigation recoveries.

The assets in this case consisted primarily of personal property in excess of allowable claimed exemptions. Counsel assisted Trustee by preparing and presenting pleadings necessary to obtain authority to sell those items back to Debtor for the sum of $15,000.00. The sale was approved and an order entered. Thereafter purchaser requested modifications to the Order authorizing the sale, and those modifications were also approved by the Court. As a result of the foregoing, this estate received net proceeds of $15,000. **For services in connection with this matter, counsel expended 1.9 hours and seeks compensation therefore in the amount of $665.00.**

**FEE\EMPLOYMENT APPLICATIONS:** Preparation of employment and fee applications for self or others; motions to establish interim procedures.

Counsel assisted Trustee in preparing and presenting pleadings necessary for the retention of attorneys. Counsel further prepared this fee application. **Counsel expended 1.6 hours in connection with the foregoing, and seeks compensation therefore in the amount of $560.00.**

**OBJECTIONS TO CLAIMS:**

Counsel assisted Trustee in preparing and presenting objections to five claims, three of which were totally disallowed and the other two of which were re-characterized as general unsecured claims. **Counsel expended 1.8 hours in connection with the foregoing, and seeks compensation therefore in the amount of $630.00.**

4. David R. Brown, whose billing rate throughout this period for such services was $350 per hour, performed all of the services rendered by Applicant. Time records for such services are maintained on a contemporaneous basis, and are subsequently reviewed to eliminate apparently unproductive or insufficiently documented time charges. Time is recorded on a tenth-of-an-hour basis. Therefore, the charges for which compensation is sought represent actually spent, "hard-core" time devoted to this case.

5. The compensation rates charged by Applicant are comparable to those charged by other practitioners of similar standing, skill and experience in cases of equal complexity. David R. Brown is a 1978 graduate of the University of Chicago Law School, a former associate at Mayer, Brown & Platt, an attorney and former acting Assistant United States Trustee in the

Office of the United States Trustee for the Northern District of Illinois, and a sixteen year panel trustee.

6. The services rendered by Applicant were necessary services that have benefited this estate by providing funds to distribute to creditors and enabling the Trustee to perform his statutory duties.

7. Based upon the nature, extent and value of the services performed by Applicant and the cost of comparable services other than in a case under this Title, the reasonable compensation for such services is $1,855.00, reimbursement for reasonable expenses is $62.58; and Applicant should be awarded such compensation and reimbursement amounts for the legal services rendered by him in this case.

8. At all times while employed as attorney for the Trustee, Applicant was a disinterested person, neither representing nor holding an interest adverse to the interest of this estate with respect to the matters on which Applicant was employed.

**WHEREFORE**, Applicant prays that after notice and a hearing, he be awarded reasonable compensation and reimbursement of actual and necessary expenses for legal services rendered in this case.

                                                SPRINGER, BROWN, COVEY, GAERTNER
                                                & DAVIS, LLC

                                                        /s/ David R. Brown /s/
                                                    _____

David R. Brown
Atty No. 3122323
SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC
400 S. County Farm Road, Suite 330
Wheaton, IL 60187
(630) 510-0000

## SCHEDULE OF SERVICES AND EXPENSES

| Date | Description of Services | Time |
|---|---|---|

**ASSET ANALYSIS AND RECOVERY:**

| | | |
|---|---|---|
| 8/30/05 | Draft, file and serve Motion to Sell Personalty. | 1.50 |
| 9/30/05 | Court hearing on sale of personalty (approved). | .20 |
| 11/18/05 | Court hearing on motion to amend sale order. | .20 |
| | **CATEGORY TOTAL:** | **1.90** |

**RETENTION OF PROFESSIONALS:**

| | | |
|---|---|---|
| 8/24/05 | Prepare Application to retain Counsel. | .60 |
| 9/9/05 | Court Hearing on retention of counsel. | .40 |
| 3/2/07 | Prepare Final Fee Application. | .60 |
| | **CATEGORY TOTAL:** | **1.60** |

**OBJECTION TO CLAIMS:**

| | | |
|---|---|---|
| 1/25/07 | Draft, file and serve Objections to Claim Nos. 1, 7, 13, 14, & 16 | 1.50 |
| 3/2/07 | Court hearing on objections to claims (sustained) | .30 |
| | **CATEGORY TOTAL:** | **1.80** |

**EXPENSES:**

8/30/05　　　Notice of Hearing on sale of Personalty:

　　　　　　　　　　Postage – 122 x $.39 =　　$47.58
　　　　　　　　　　Copies  - 150 x $.10 =　　$15.00

　　　　　　　　　　　　TOTAL:　　　　　　$62.58