UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | | CHAPTER 7 |
| ) | | |
| PORTILLO, MICHAEL RICHARD ) | | CASE NO. 05-08021-JHS |
| PORTILLO, GINA ANN ) | | |
| Debtor(s). ) | | Hon. John H. Squires |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  COURTROOM 2000
         DUPAGE COUNTY COURTHOURSE
         505 NORTH COUNTY FARM ROAD
         WHEATON, IL. 60187

    On: **May 25, 2007**          Time: **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $15,173.01 |
    | Disbursements | $0.00 |
    | Net Cash Available for Distribution | $15,173.01 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | DAVID R. BROWN<br>Trustee | $0.00 | $2,267.30 | $0.00 |
    | SPRINGER, BROWN<br>Attorney for Trustee (Trustee Firm) | $0.00 | $1,855.00 | $62.58 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $1,710,611.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.64%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000010 | AMERICAN EXPRESS CENTURION BANK | 17,672.22 | 113.52 |
| 000011 | AMERICAN EXPRESS T R S CO., INC. | 17,895.58 | 114.95 |
| 000005 | ARLINGTON PLAZA LIMITED PARTNERSHIP | 1,502,104.80 | 9,648.79 |
| 000013 | BERNARD J. BRANNIGAN, JR. TRUST | 50,000.00 | 321.18 |
| 000014 | BRANNIGAN, JR., BARNEY | 50,000.00 | 321.18 |
| 000012 | BRANNIGAN, JR., BARNEY | 8,333.00 | 53.53 |
| 000009 | CITIBANK (USA) NA | 6,640.17 | 42.63 |
| 000015 | DISCOVER BANK / DISCOVER FINANCIAL | 10,618.64 | 68.21 |
| 000004 | DORINA SO GOOD INC. | 622.46 | 4.00 |
| 000008 | FIELD, MARSHALL | 1,409.99 | 9.06 |
| 000006 | GRAPHICS, REAL | 193.00 | 1.24 |
| 000002 | MAGAZINE, CLIPPER | 801.00 | 5.15 |
| 000018 | RECOVERY MANAGEMENT SYSTEMS CORPORA | 774.19 | 4.97 |
| 000017 | RECOVERY MANAGEMENT SYSTEMS CORPORA | 846.40 | 5.44 |
| 000003 | SCHWEPPE & SONS | 42,700.00 | 274.28 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| TWO DOGS | 0.00 |

Dated: **April 20, 2007**                                                                 For the Court,

By:   **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

| Trustee: | DAVID R. BROWN |
|---|---|
| Address: | 400 SOUTH COUNTY FARM ROAD |
| | WHEATON IL 60189 |
| Phone No.: | (630) 510-0000 |

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 3                   Date Rcvd: Apr 20, 2007
Case: 05-08021                 Form ID: pdf002              Total Served: 152

The following entities were served by first class mail on Apr 22, 2007.
db         +Michael Richard Portillo,    33 Camberley Court,    Hinsdale, IL 60521-4564
jdb        +Gina Ann Portillo,    33 Camberley Court,    Hinsdale, IL 60521-4564
aty        +Christopher M Brown,    Pierce and Associates, P.C.,    1 North Dearborn Street,   Suite 1300,
             Chicago, IL 60602-4331
aty         David K Welch,   Crane Heyman Simon Welch & Clar,    135 S Lasalle St,    Suite 3705,
             Chicago, IL  60603
tr         +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
9018195     ADP Payroll Service,    PO Box 78415,    Phoenix, AZ 85062-8415
9018197     ADVO Inc.,    PO Box A2980,    Chicago, IL 60690-2980
9018204     AT&T,   PO Box 9001310,    Louisville, KY 40290-1310
9018196     Advanta Bank Corp.,    PO Box 30715,    Salt Lake City, UT 84130-0715
9018198     All Phases Services,    5N335 Sundance Court,    Glen Ellyn, IL 60137
9018199     Alpha Baking Company,    4545 Lyndale,    Chicago, IL 60694-6200
9018309     American Express Blue,    PO Box 360002,    Ft. Lauderdale, FL 33336-0002
10547216    American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
             Malvern, PA 19355-0701
9018310     American Express Gold,    PO Box 650448,    Dallas, TX 75265-0448
10547673    American Express Travel Related Services Co., Inc.,    c/o Becket and Lee, LLP,   P.O. Box 3001,
             Malvern, PA 19355-0701
9018200    +Anderson Digital,    161 E. St. Charles Rd.,    Carol Stream, IL 60188-2081
9018201    +Anderson Pest Control,    1405 Centre Circle,    Downers Grove, IL 60515-1022
9018202    +Arlington Plaza Limited Partnership,    an Illinois Limited Partnership,    1333 North Wells St.,
             Chicago, IL 60610-1907
9018203    +Assurance Agency,    Dept. 77-2801,    Chicago, IL 60678-0001
9018208    +BJ Express, Inc.,    PO Box 433,    Union, IL 60180-0433
9018205    +Bari Food Products,    710 Schneider Drive,    South Elgin, IL 60177-1160
9018311    +Barney Brannigan,    30 Pin Oak Court,    Willowbrook, IL 60527-8386
9018211    +Barney Brannigan, Jr.,    30 Pin Oak Court,    Willowbrook, IL 60527-8386
9018206    +Bella Brew,    7742 West 99th Street,    Hickory Hills, IL 60457-2328
9018207    +Bernard J. Brannigan, Jr. Trust,    c/o Barney Brannigan, Jr.,    30 Pin Oak Court,
             Willowbrook, IL 60527-8386
9018209    +Black Diamond Plumbing,    748 Tek Drive,    Crystal Lake, IL 60014-8100
9018212    +C.R. Food Service Inc.,    1820 Wallace Ave., #107,    Saint Charles, IL 60174-3413
9018312     Capital One Visa,    PO Box 6000,    Seattle, WA 98190-6000
9018313     Capital One Visa TJ Maxx,    PO Box 60000,    Seattle, WA 98190-6000
9018314     CarMax Auto Loan,    PO Box 3174,    Milwaukee, WI 53201-3174
9018272    +Charles K. Papp,    Darien Springs Partners, LLC,    300 E. Roosevelt Rd.,    Wheaton, IL 60187-1908
9018214    +Chicago Metropolitan Fire,    820 N. Addison Ave.,    Elmhurst, IL 60126-1218
9018215    +Christ Panos,    817 W. 21st Street,    Chicago, IL 60608-4508
9018327    +Chuck Papp,    300 E. Roosevelt Rd.,    Wheaton, IL 60187-1908
9018216    +Cintas,   PO Box 7759,    Romeoville, IL 60446-0759
10537826   +Citibank (USA) NA,    PO Box 182149,    Columbus, OH 43218-2149
9018217    +Clipper Magazine,    3708 Hempland Road,    Mountville, PA 17554-1542
9018218    +ComEd,   Bill Payment Center,    Chicago, IL 60668-0001
9018219     Cozzini,   PO Box 46489,    Chicago, IL 60646-0489
9018224    +DMX Music,    2155 Stonington Ave., #112,    Hoffman Estates, IL 60169-2057
9018220    +Darling,    3000 W. Wireton,    Blue Island, IL 60406-1861
10546452   +David Dean Davis,    2507 Joe Adler Drive,    Plainfield, IL 60586-6845
9018326     Delores Ochat,    476 Albs, #407,    Des Plaines, IL 60016
9018293    +Dennis Snyder,    791 S. Buffalo Grove Rd.,    Buffalo Grove, IL 60089-3705
9018222    +DiGiovanni,    11220 South Harlem Ave.,    Worth, IL 60482-1804
9018223    +Digiovanni McLaren & Assoc.,    11220 S. Harlem Ave.,    Worth, IL 60482-1804
9018268     Dolores Ochat,    476 Albs, #407,    Des Plaines, IL 60016
9018225    +Dorina So Good Inc.,    17400 E. Jefferson,    Union, IL 60180-9705
9018226    +Ed and Joan Carlson,    3503 Royal Fox Drive,    Saint Charles, IL 60174-8748
9018213    +Ed and Joan Carlson,    1996 S. Kirk Rd., #320,    Geneva, IL 60134-4118
9018227     Edward Don & Co.,    2500 S. Harlem,    Riverside, IL 60546-1473
9018228    +Edward Don & Company,    2562 Paysphere Circle,    Chicago, IL 60674-0025
9018229     Edward Hines Lumber,    7829 Madison,    River Forest, IL 60305
9018230    +Euclid Beverage,    200 Overland Drive,    North Aurora, IL 60542-1671
9018231    +Fifth Third Bank,    1776 S. Randall Rd.,    MD G24601,    Geneva, IL 60134-4602
9018232     Financial Pacific Leasing LLC,    PO Box 4568,    Federal Way, WA 98063-4568
9018233   +++First Bank Richmond, N.A.,    attn: Lois Berry,    d/b/a First Federal Leasing,
             31 N. 9th St., PO Box 1145,    Richmond, IN 47375-1145
9018316     First Bank Richmond, N.A. d/b/a,    First Federal Leasing,    31 N. 9th St., P.O. Box 1145,
             Richmond, IN 47375-1145
9018234    +First Suburban National Bank,    150 South Fifth Ave.,    Maywood, IL 60153-1308
9018317    +First Suburban National Bank,    150 S. 5th Ave.,    Maywood, IL 60153-1308
9018235    +Fox Valley Ice Arena and Fitness,    Center 19,    1996 S. Kirk Rd., #320,   Geneva, IL 60134-4118
9018236    +Front of the House Partners, LLC,    1996 S. Kirk Rd., #320,    Geneva, IL 60134-4118
9018237    +GCS Service, Inc.,    PO Box 18688,    Indianapolis, IN 46218-0688
9018238    +Get Fresh,    238 Tubeway Drive,    Carol Stream, IL 60188-2214
9018239     Glen Ellyn Plaza Corp.,    Market Plaza Shopping,    23110 Network Place,    Chicago, IL 60673-1231
9018240    +Greco,   280 Westgate Dr.,    Carol Stream, IL 60188-2243
9018241    +Hamilton Bond,    480 E. Roosevelt Rd., #202,    West Chicago, IL 60185-3971
9018242    +Illinois Mechanical Inc.,    124 N. York Rd., #107,    Elmhurst, IL 60126-2865
9018243    +Indiana Insurance,    Central Recovery Unit, Attn: Gail,    350 E. 96th St.,
             Indianapolis, IN 46240-3702
9018244    +Invironmental Control,    PO Box 523,    Downers Grove, IL 60515-0523
9018319     J.C. Penny,    PO Box 960001,    Orlando, FL 32896-0001
9018245    +J.P. Phillips, Inc.,    3220 Wolf Rd.,    Franklin Park, IL 60131-1327
```

```
District/off: 0752-1          User: amcc7                 Page 2 of 3                   Date Rcvd: Apr 20, 2007
Case: 05-08021                Form ID: pdf002             Total Served: 152


9018248       +JP Morgan Chase Bank,   c/o ARCap Servicing, Inc.,    5605 n. MacArthur Blvd., #950,
                Irving, TX 75038-2636
9018210       +Jeff Blackburn,    2280 Hicks Rd.,   Rolling Meadows, IL 60008-1261
9018318       +Jeff Goldstein,    475 Thorndale Dr.,   Buffalo Grove, IL 60089-6707
9018308       +John Yedinak,   804 Kenmare Dr.,   Hinsdale, IL 60527-7053
9018246       +Johnson Diversey,    c/o Michael Davis & Weis,   PO Box 1166,   Northbrook, IL 60065-1166
9018247       +Johnson Diversey,    c/o Guyer & Enichen,    2601 Reid Farm Road,   Rockford, IL 61114-6698
9018250       +Kev Head, LLC,    Louis Baldo/Mike Mulryan,    4835 W. Butterfield Rd.,   Hillside, IL 60162-1439
10546453      +Law Offices of Barry G Doyle PC,    79 West Monroe Street   Suite 914,   Chicago, IL 60603-4977
9018251       +LeParisien,   4140 N. Kolmar Ave.,   Chicago, IL 60641-1918
9018252       +Lillies Decorating,    4927 W. 154th Street,   Oak Forest, IL 60452-2321
9018253       +Lombardi Concrete,    2212 West Division,   Melrose Park, IL 60160-1936
9018254       +Mackie Consultants,    9575 Higgins Rd., #500,   Des Plaines, IL 60018-4919
10501479      +Marshall Field,    111 Boulder Industrial Dr,   Bridgeton, MO 63044-1241
9018321        Marshall Fields,   PO Box 94578,   Cleveland, OH 44101-4578
9018255       +Mas Plumbing, Inc.,    PO Box 725115,   Roselle, IL 60172-5115
9018256       +Meier Masonry,    6214 West Peterson Ave.,   Chicago, IL 60646-4603
9018257        Meltzer, Purtill & Stelle LLC,    Schaumburg Corporate Center,    1515 E. Woodfield Rd., 2nd Floor,
                Schaumburg, IL 60173-5431
9018322       +Meltzer, Purtill & Stelle, LLC,    Schaumburg Corporate Center,    1515 E. Woodfield Rd.,
                Schaumburg, IL 60173-6046
9018258       +Met-Life,   PO Box 804466,   Kansas City, MO 64180-0001
9018259       +Metropolitan Fire Protection,    175 Gordon St.,   Elk Grove Village, IL 60007-1118
9018260       +Michael’s Chicago Style Red Hots,    340 W. Half Day Rd.,    Buffalo Grove, IL 60089-6547
9018261       +Mid Northern Equities,    3100 Dundee Rd., #304,   Northbrook, IL 60062-2459
9018323       +Mid-Northern Equities - Glenn Ellyn,    3100 Dundee Road, #304,    Northbrook, IL 60062-2459
9018324        Midamerica Bank,   55th & Holmes,   Clarendon Hills, IL 60514
9018263        National Credit Systems, Inc.,    P.O. Box 312105,   Atlanta, GA 31131-2125
9092326       +NetBank Business Finance,    PO Box 527,   Columbia, SC 29202-0527
9018325       +NetBank Business Finance,    PO Box 2597,   Columbia, SC 29202-2597
9018266       +Northern Weathermakers HVAC, Inc.,    339 ANthony Trail,    Northbrook, IL 60062-2013
9018267       +Nystrom Construction,    4N232 9th Ave.,   Addison, IL 60101-2172
9018269       +Olympic Maintenance I,    3015 Soffel,   Melrose Park, IL 60160-1716
9018270       +Orange Crush,    321 Center Street,   Hillside, IL 60162-1814
9018265       +PO Box 2597,    Columbia, SC 29202-2597
9018271       +Pain Enterprises, Inc.,    101 Daniels Way,   Bloomington, IN 47404-9256
9018273       +Pars Ice Cream Inc.,    2700 W. Division,   Melrose Park, IL 60160-1835
9018274        Pepsi Cola Gen Bot,    75 Remittance Dr., #1884,   Chicago, IL 60675-1884
9018328       +Pepsi Cola General Bottlers,    1400 W. 35th St.,   Chicago, IL 60609-1311
9018275       +Photon Electrical Systems, Inc.,    5354 N. Milwaukee Avae.,    Chicago, IL 60630-1250
9018276       +Pollitz & Company,    1751 S. Naperville Rd., #200,    Wheaton, IL 60187-8196
9018277       +Popular Iron Works,    7800 S. Claremone,   Chicago, IL 60620-5811
9018278       +Portillo’s Restaurant,    2001 Spring, #500,   Oak Brook, IL 60523-3930
9018279       +Powerhouse Window C,    721 Small Court,   Naperville, IL 60563-0451
9018280        Qwest,    Business Services,    PO Box 856169,   Louisville, KY 40285-6169
9018281       +R. J. Augustine & Assoc.,    999 Plaza Drive, #111,   Schaumburg, IL 60173-5403
9018283       +RDS,    4248 Belle Aire Lane,    Downers Grove, IL 60515-1914
9018282       +Rambletree Apartments,    325 Ramblewood Dr.,   Glen Ellyn, IL 60137-6613
9018284       +Real Graphics,    795 Eagle Drive,   Bensenville, IL 60106-1944
10565165      +Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM’S CLUB,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10565200      +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
9018285       +Renzi Construction Development,    1330 S. Paulina, 4th Floor,    Chicago, IL 60608-1222
9018286       +Republic Leasing,    100 Executive Center Dr., #101,    Columbia, SC 29210-8410
9018287       +Rizzi and Son Excavating,    475 Industrial Lane,   Bensenville, IL 60106-1322
9018288       +Robert F. Phillips Co., Inc.,    1000 Criss Circle,   Elk Grove Village, IL 60007-1204
9018329       +Robin Realty,    1563 Suzann Terrace,   Northbrook, IL 60062-3837
9018289       +Ronald Sorce Architects, PC,    121 S. Wilke Rd., #400,    Arlington Heights, IL 60005-1574
9018290        SBC,    Bill Payment Center,   Chicago, IL 60663-0001
9018330        Sams Club,    PO Box 530942,   Atlanta, GA 30353-0942
9018249        Sandy Keafer/Jeff Goldstein,    475 Thorndale,   Buffalo Grove, IL 60089
9018291        Schweppe & Sons,    376 W. North Ave.,   Lombard, IL 60148-1268
9018331       +Schweppe & Sonss,    376 W. North Ave.,   Lombard, IL 60148-1268
9018332        Sears,    PO Box 182156,   Columbus, OH 43218-2156
9018292       +Sign Concepts,    20W521 Diversey,   Addison, IL 60101-3044
9018294       +Special T Unlimited,    4835 W. Butterfield Rd.,   Hillside, IL 60162-1483
9018295       +Special-T,    4835 W. Butterfield Rd.,   Hillside, IL 60162-1439
9018296       +Sven Molberg Services, LLC,    5333 Park Avenue,   Downers Grove, IL 60515-4962
9018262       +Sven Mollberg,    5333 Park Avenue,   Downers Grove, IL 60515-4962
9018297       +T & J Water Heater Ser,    5915 W. Cornelia,   Chicago, IL 60634-4216
9018333        Target Card,    PO Box 59317,   Minneapolis, MN 55459-0317
9018298       +Teamworks Management, Inc.,    33 Camberley Ct.,   Hinsdale, IL 60521-4564
9018299        Temperature Engineer,    365 N. Madison St.,   Hinsdale, IL 60521
9018300       +Toussaint & Carlson, Ltd.,    2805 Butterfield Rd. #150,    Oak Brook, IL 60523-1187
9018301        Turano,    36749 Eagle Way,   Chicago, IL 60678-1367
9018302        Ungaretti & Harris,    3500 Three First National Plaza,    Chicago, IL 60602
9018303       +United Healthcare,    Dept. CH 10151,   Palatine, IL 60055-0001
9018304       +Village of Glen Ellyn,    535 Duane St.,   Glen Ellyn, IL 60137-4675
9018305       +W.B.R. Roofing,    25771 N. Hillview Court,   Mundelein, IL 60060-9437
9018306        Weltman, Weinberg & Reis & Co., LPA,    525 Fine St., #800,    Cincinnati, OH 45202
9018334       +Weltman, Weinberg & Reis Co., L.P.A,    525 Vine Street, Suite 800,    Cincinnati, OH 45202-3145
9018307        +Williamsburg of Cincinnati,    Apartments 2,   200 W. Galbraith Rd.,    Cincinnati, OH 45215-5200
```

```
District/off: 0752-1          User: amcc7              Page 3 of 3              Date Rcvd: Apr 20, 2007
Case: 05-08021                Form ID: pdf002          Total Served: 152

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Apr 21, 2007.
10556309     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 21 2007 03:35:04
              DISCOVER BANK / DISCOVER FINANCIAL SERVICES,   PO BOX 8003,   HILLIARD, OH 43026-8003
9018315       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 21 2007 03:35:04     Discover Card,   PO Box 30395,
              Salt Lake City, UT 84130-0395
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Springer Brown Covey Gaertner & Davis LLC
cr            David Davis
9018221       Deluxe Business Check,   OI Bix 742572
9018264       NetBank Business Finance
aty*         +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
                Suite 330,   Wheaton, IL 60187-4547
aty*         +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
                Suite 330,   Wheaton, IL 60187-4547
9018320*     +Kev Head Inc.,   Louis Baldo/Mike Mulryan,   4835 W. Butterfield Rd.,   Hillside, IL 60162-1439
                                                                                        TOTALS: 4, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2007**             **Signature:**    *Joseph Speetjens* (signature)