**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE ) | | CHAPTER 7 |
| ) | | |
| PORTILLO, MICHAEL RICHARD ) | | CASE NO. 05-08021-JHS |
| PORTILLO, GINA ANN ) | | |
| Debtor(s). ) | | Hon. John H. Squires |

**DISTRIBUTION REPORT**

    I, DAVID R. BROWN, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $4,184.88 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(2)-(a)(7), (a)(9)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $11,035.16 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $15,220.04 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 4,184.88 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | BROWN, DAVID R., Trustee Compensation | $2,267.30 | $2,267.30 |
| | SPRINGER, BROWN, Attorney for Trustee Fees (Trustee Firm) | $1,855.00 | $1,855.00 |
| | SPRINGER, BROWN, Attorney for Trustee Expenses (Trustee Firm) | $62.58 | $62.58 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 1,710,611.45 | 0.65 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000010 | AMERICAN EXPRESS CENTURION BANK, General Unsecured 726(a)(2) | $17,672.22 | $114.00 |
| 000011 | AMERICAN EXPRESS T R S CO., INC., General Unsecured 726(a)(2) | $17,895.58 | $115.44 |
| 000005 | ARLINGTON PLAZA LIMITED PARTNERSHIP, General Unsecured 726(a)(2) | $1,502,104.80 | $9,690.08 |
| 000013 | BERNARD J. BRANNIGAN, JR. TRUST, General Unsecured 726(a)(2) | $50,000.00 | $322.55 |
| 000014 | BRANNIGAN, JR., BARNEY, General Unsecured 726(a)(2) | $50,000.00 | $322.55 |
| 000012 | BRANNIGAN, JR., BARNEY, General Unsecured 726(a)(2) | $8,333.00 | $53.76 |
| 000009 | CITIBANK (USA) NA, General Unsecured 726(a)(2) | $6,640.17 | $42.84 |
| 000015 | DISCOVER BANK / DISCOVER FINANCIAL, General Unsecured 726(a)(2) | $10,618.64 | $68.50 |
| 000004 | DORINA SO GOOD INC., General Unsecured 726(a)(2) | $622.46 | $4.02 |
| 000008 | FIELD, MARSHALL, General Unsecured 726(a)(2) | $1,409.99 | $9.10 |
| 000006 | GRAPHICS, REAL, General Unsecured 726(a)(2) | $193.00 | $1.25 |
| 000002 | MAGAZINE, CLIPPER, General Unsecured 726(a)(2) | $801.00 | $5.17 |
| 000017 | RECOVERY MANAGEMENT SYSTEMS CORPORA, General Unsecured 726(a)(2) | $846.40 | $5.46 |
| 000018 | RECOVERY MANAGEMENT SYSTEMS CORPORA, General Unsecured 726(a)(2) | $774.19 | $4.98 |
| 000003 | SCHWEPPE & SONS, General Unsecured 726(a)(2) | $42,700.00 | $275.46 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

§726(a)(4) - Fines/penalties                $ 0.00

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

§726(a)(5) - Interest                       $ 0.00

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

§726(a)(6) - Surplus to Debtor              $ 0.00

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

§506 - Secured Claims                       $ 0.00

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 000001 | NetBank Business Finance PO Box 527 Columbia, SC 29020 | 47,254.00 | Disallowed |
| Unsecured | 000007 | MAS PLUMBING, INC. PO Box 725115 Roselle, IL 60172 | 34,600.00 | Disallowed |
| Secured | 000016 | FIRST BANK RICHMOND, N.A. attn: Lois Berry d/b/a First Federal Leasing 31 N. 9th St., PO Box 1145 Richmond, IN 47375-1145 | 7,500.00 | Disallowed |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED    May 25, 2007               /s/ DAVID R. BROWN
                                                        **DAVID R. BROWN**, Trustee

DAVID R. BROWN (ARDC # IL 3122323)
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON IL 60187
Telephone:    (630) 510-0000
Facsimile:    (630) 510-0004