Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101

**MetLife®**

**Friseta Knott**
Paralegal
Law Department
Tel (212) 578-5200   Fax (212) 743-0694

August 9, 2007

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

*Re:   Portillo, Michael Richard and Gina Ann*
*Case No.: 05-08021-JHS*

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 1 4 2007

KENNETH S. GARDNER, CLERK
PS REP. - SJ

Dear Mr. Gardner:

Upon receipt of the **Notice of Trustee's Final Report** dated April 20, 2007 issued in the above-captioned matter, MetLife has conducted a diligent search of their records and have not been able to determine their involvement in this matter. Please contact us upon receipt of this letter and provide us with additional information concerning MetLife's involvement in this matter. If we do not hear from you further regarding this matter, MetLife will consider this matter closed.

Very truly yours,

*Friseta Knott*
Friseta Knott